No. 1213. CANIZIO *v.* NEW YORK. Petition for writ of certiorari to the County Court of Ulster County, New York. May 5, 1947. Denied.

No. 1261. SWAYZE *v.* NIERSTHEIMER, WARDEN; and

No. 1266. DI CHIARA *v.* ILLINOIS. Petitions for writs of certiorari to the Supreme Court of Illinois; and

No. 1269. BARNETT *v.* ILLINOIS. Petition for writ of certiorari to the Circuit Court of Will County, Illinois. May 5, 1947. Denied.

No. 1283. PALMER *v.* RAGEN, WARDEN. May 5, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.

No. 1284. MCNAUGHTON *v.* RAGEN, WARDEN. May 5, 1947. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1346. FRANCIS *v.* RESWEBER, SHERIFF; and

No. 140, Misc. FRANCIS *v.* RESWEBER, SHERIFF, ET AL. See *ante,* p. 786.

No. 1294. DOBBS *v.* MISSISSIPPI. See *ante,* p. 787.

No. 836. ALASKA JUNEAU GOLD MINING CO. *v.* ROBERTSON ET AL. May 12, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Wm. E. Colby* for petitioner. *Bertram Edises* for respondents. *Acting Solicitor General Washington*

824

and *William S. Tyson* filed a brief for the Wage & Hour Administrator, United States Department of Labor, as *amicus curiae,* opposing the petition.

No. 943. BROWN *v.* TEXAS. May 12, 1947. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied. *Tom M. Miller* and *F. V. Hinson* for petitioner.

No. 1063. FISCHER ET UX. *v.* OKLAHOMA CITY. May 12, 1947. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *A. E. Pearson* for petitioners. *A. L. Jeffrey* for respondent.

No. 1134. CENTRAL STATES ELECTRIC CO. *v.* FEDERAL POWER COMMISSION. May 12, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Jo V. Morgan* for petitioner. *Acting Solicitor General Washington, James C. Wilson, Charles E. McGee, Lambert McAllister* and *Howell Purdue* for respondent.

No. 1180. BROOKS CLOTHING OF CALIFORNIA, LTD. *v.* BROOKS BROTHERS. May 12, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Seth W. Richardson, Isaac Pacht, Clore Warne* and *Bernard Reich* for petitioner. *Beekman Aitken* for respondent.

No. 1194. YOUNG *v.* ANDERSON, SECRETARY OF AGRICULTURE OF THE UNITED STATES, ET AL. May 12, 1947.